*In re* RENÉ NEGRÓN NEGRÓN.

*Número:* AB-98-131    *Resuelto:* 6 de abril de 1999

*María de Lourdes Rodríguez Valledor,* Oficial Investigadora de la Comisión de Ética del Colegio de Abogados de Puerto Rico; *Carmen H. Carlos, Directora de la Oficina de Inspección de Notarías,* en informe; *José Enrique Colón Santana,* abogado del querellado.

## RESOLUCIÓN

Mediante opinión *per curiam* que emitiéramos el 30 de octubre de 1998 suspendimos indefinidamente de la práctica de la profesión a René Negrón Negrón. Ello, por su reiterado incumplimiento con los requerimientos de la Comisión de Ética del Colegio de Abogados y las órdenes de este Tribunal.

Examinada la Moción para Someter Informe Final sobre Inspección Notarial presentada por la Directora de la Oficina de Inspección de Notarías el 8 de marzo de 1999, y la Moción Informativa del Colegio de Abogados presentada el 24 de diciembre de 1998 —la cual nos informaba que la queja fue archivada por falta de interés de la quejosa— se

---

[13] La anterior sanción, sin menoscabo de la responsabilidad civil del notario ante las partes y terceros.

ordena el archivo de la queja presentada el 18 de septiembre de 1997 contra René Negrón Negrón.

Tomando en consideración lo anterior, así como la Solicitud de Indulgencia, Reconsideración de Orden y de Reinstalación presentada por el abogado de epígrafe el 1ro de diciembre de 1998, en reconsideración se deja sin efecto la suspensión decretada en la Opinión *per curiam* de 30 de octubre de 1998. En su lugar, apercibimos al licenciado Negrón Negrón de que en lo sucesivo deberá atender con premura y diligencia todas nuestras órdenes y las de aquellos foros que nos auxilian en la encomiable tarea de hacer justicia.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y el Juez Asociado Señor Rebollo López no intervinieron.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*